UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RENEE BJORN and
WILLIAM GRAF,
individually and on behalf of
all others similarly situated,

                Plaintiffs,

v.                                          Case No. 13-2419-JWL

JERRY ERWIN ASSOCIATES, INC.,
d/b/a JEA Senior Living, and
CYPRESS KANSAS CITY OPERATIONS, LLC,
d/b/a Cypress Springs-Kansas City,

                Defendants.

## **ORDER**

     At the scheduling conference held on November 21, 2013, the court set March 10, 2014, as the deadline for plaintiffs to file a motion for collective-action certification. The parties agreed to postpone merits-based discovery until after the court ruled upon such a motion (ECF doc. 12 at 4). On March 6, 2014, the parties jointly moved for an extension of time for plaintiffs to file the certification motion (ECF doc. 18). The parties reported that there appeared to be a reasonable probability for settlement, and that they were working to schedule mediation for mid April, 2014. The court granted the motion and set April 30, 2014, as the deadline for plaintiffs to file their certification motion (ECF doc. 19).

     To date, plaintiffs have not filed a motion for collective-action certification, and in fact, the record reflects no activity in the case since April 2014. Accordingly, counsel shall

jointly file a detailed status report **and** a proposed scheduling order by **July 25, 2014**.  Upon review of these submissions, the court will likely convene a telephone status conference.

IT IS SO ORDERED.

Dated July 10, 2014, at Kansas City, Kansas.

 s/ James P. O'Hara
James P.  O'Hara
U.S. Magistrate Judge